[No. 36109-1-I.   Division One.   December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
ROSEMBERG GEOVANY PERDOMO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-8-00582-4, Commissioner Maurice Epstein,
entered June 14, 1994. *Dismissed* by unpublished per
curiam opinion.

[No. 36172-4-I.   Division One.   December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. GROVER
E. FITCHETT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-01578-4, Ann Schindler, J., entered Janu-
ary 30, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 36764-1-I.   Division One.   December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
TAYLOR, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00655-4, Ann Schindler, J., entered June
6, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 36823-1-I.   Division One.   December 9, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ISMAEL
CRUZ-LUNA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-01626-6, Wallis Freil and Faith Enyeart
Ireland, JJ., entered June 12, 1995. *Dismissed* by unpub-
lished per curiam opinion.